### 17218.   TERRY *v*. THE STATE.

LUKE, J.   The evidence amply authorized the conviction and the special grounds of the motion for a new trial complaining of the court's rulings in the admission of testimony in one instance and rejecting testimony in the other are wholly without merit. The court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 12, 1926.

---

Criminal Law, 17 C. J. p. 255, n. 53.

Conviction of possession of liquor; from Walton superior court —Judge Fortson. January 22, 1926.

*Orrin Roberts, J. W. LeCraw,* for plaintiff in error.

*Henry H. West, solicitor-general,* contra.